UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Billy Walker,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Joseph, Mann & Creed,<br><br>　　　　　　Defendant. | Civil Action No.: 4:13-cv-00028-RAS |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Billy Walker ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 1, 2013

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By　/s/*Jody B. Burton*

　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　E-mail: jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on February 1, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/*Jody B. Burton*
                  Jody B. Burton, Esq.